UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILAGROS SENIOR,

                    Plaintiff,

          - against –                          22-cv-7677 (JGK)

                                               ORDER

GALLERY M INC.,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **February 2, 2023.** If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

    The conference scheduled for **January 25, 2023 at 12:00 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
          January 19, 2023

                                John G. Koeltl
                    United States District Judge